David M. HOOVER, Petitioner,

v.

DEPARTMENT OF LABOR,
Respondent.

No. 06–3066.

United States Court of Appeals,
Federal Circuit.

Jan. 6, 2006.

ORDER

The order of dismissal and the mandate dated December 27, 2005 having been issued in error, the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Appellant's brief is due within 60 days from the date of this order.

THE COCA–COLA COMPANY,
Plaintiff–Cross Appellant,

v.

PEPSICO, INC. and Rapak, LLC,
Defendants–Appellants.

Nos. 05–1576, 05–1591.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Patrick L. O'REILLY, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 06–3077.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2006.

Patrick L. O'Reilly, pro se.

*ORDER*

Upon consideration of Patrick L. O'Reilly's motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.